UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITA OLIVER, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>JENNIFER TRUJILLO, D.O., an individual; CENTRO DE SALUD DE LA COMMUNIDAD DE SAN YSIDRO, a non-profit organization; SCRIPPS HEALTH, a California corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 20-CV-570 JLS (KSC)<br><br>**ORDER GRANTING MOTION TO DISMISS AND REMANDING ACTION**<br><br>(ECF No. 5) |

   Presently before the Court is Defendant the United States of America's Motion to Dismiss (ECF No. 5). Plaintiff Benita Oliver has filed a Notice of Non-opposition to Defendant's Motion (ECF No. 9). The Court therefore **GRANTS** Defendant's Motion (ECF No. 5) and **DISMISSES WITHOUT PREJUDICE** the United States of America from this action. Because this case has yet to proceed beyond the pleadings, the Court declines to exercise supplemental jurisdiction over the remaining state law claims against Defendant Scripps Health, *see Ove v. Gwinn*, 264 F.3d 817, 826 (9th Cir. 2001), and **REMANDS** this action this action to the Superior Court of the State of California, County of San Diego. *See Albingia Versicherungs A.G. v. Schenker Int'l Inc.*, 344 F.3d 931,

937–39 (9th Cir.), *opinion amended and superseded on denial of reh'g*, 350 F.3d 916 (9th Cir. 2003) (court has discretion whether to remand a case to state court after all federal claims are dismissed). The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 13, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge